**ORDERED ACCORDINGLY.**



**Dated: July 14, 2009**

_____

**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

1

2

3

4

5

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

6

7

8

09-13959/0066920935

9

10

## IN THE UNITED STATES BANKRUPTCY COURT

11

## FOR THE DISTRICT OF ARIZONA

12

13

IN RE:

No. 2:09-bk-06935-GBN

Clay Weert Carter and Jill Mary Carter
        Debtors.
_____

Chapter 7

14

ORDER

15

Wells Fargo Bank, N.A.
        Movant,
    vs.

16

(Related to Docket #33)

17

Clay Weert Carter and Jill Mary Carter, Debtors,
Constantino Flores, Trustee.

18

19

        Respondents.

20

21

        Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed

22

Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any,

23

and no objection having been received, and good cause appearing therefor,

24

        IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

25

26

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated July 7, 2006 and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Clay Weert Carter and Jill Mary Carter have an interest in, further described as:

> LOT 103, OF ESTRELLA PARCEL FIFTY SIX A, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 419 OF MAPS, PAGE 42 AND AFFIDAVIT RECORDED IN 96-656052, OF OFFICIAL RECORDS, RECORDS OF MARICOPA COUNTY, ARIZONA.

> EXCEPT ALL OIL AND GAS AS RESERVED UNTO THE STATE OF ARIZONA BY PATENT RECORDED IN 84-483397, OF OFFICIAL RECORDS.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT